UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MACHIAS SAVINGS BANK, ) ) Plaintiff, ) ) v. ) ) F/V MOVIN ON (O.N. 590588), together ) with her masts, boilers, cables, engines, ) machinery, electronics, fishing permits, ) tackle, traps, appurtenances, etc., *in rem*, ) ) and ) ) TIMOTHY J. EATON, *in personam*, ) ) Defendants. ) | CIVIL NO. 1:24-cv-00049-NT |

## DEFICIENCY JUDGMENT

In accordance with the Order Confirming Sale and Directing Entry of Deficiency Judgment Against *In Personam* Defendant Timothy J. Eaton entered by United States District Judge, Nancy Torresen on February 18, 2025;

JUDGMENT is hereby entered in favor of Plaintiff, Machias Savings Bank against *in personam* Defendant Timothy J. Eaton in the amount of $28,713.67, inclusive of costs and prejudgment interest through December 17, 2024. Additional prejudgment interest at 11.95% between December 17, 2024, and the date of this deficiency judgment is also awarded.

          CHRISTA K. BERRY
          CLERK

      By: <u>/s/ Stacey L. Graf</u>
         Deputy Clerk

Dated: February 19, 2025